# EXHIBIT A

separate instructions.

## Part 4: Monthly Mortgage Payment

Principal & interest: $1,816.07

Monthly escrow: $0.00

Private mortgage insurance: $0.00

**Total monthly payment:** $1,816.07