# EXHIBIT B





# shellpoint
A DIVISION OF NEWREZ

**Statement Date:** 11/17/2023

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 · Dallas, TX 75261-9063

| | |
|---|---|
| Account Number | ████4990 |
| Next Due Date | 12/01/2023 |
| Payment Amount | $73,102.14 |

6-811-30404-0006054-002-1-000-010-000-000

HENRY BEDFORD
66 CARMELITA DR
RICHBORO PA 18954-1348

Phone: 800-365-7107
Website: www.shellpointmtg.com

### Explanation of Payment Amount (Post-Petition Payment)

| | |
|---|---|
| Principal | $963.64 |
| Interest | $852.43 |
| Escrow (Taxes and Insurance) | $212.33 |
| Less Buydown | $0.00 |
| **Regular Monthly Payment** | **$2,028.40** |
| Total Fees and Charges | $60.00 |
| Past Unpaid Amount | $71,013.74 |
| **Total Payment Amount** | **$73,102.14** |

This payment amount does not include any amount that was past due before you filed for bankruptcy.

### Bankruptcy Messages

If your bankruptcy requires you to send your regular monthly payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

Our records show that you are a debtor in bankruptcy.

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving statements, write us.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,570.47 | $7,679.10 |
| Interest | $2,061.67 | $10,481.60 |
| Escrow | $900.94 | $1,414.08 |
| Fees/Late Charges | $30.00 | $1,818.31 |
| Partial Payment (Unapplied)* | -$3,173.29 | $262.03 |
| **Total** | **$1,389.79** | **$21,655.12** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $182,080.30 |
| Interest Rate | 6.7500% |
| Prepayment Penalty | None |
| Property Address: | 66 CARMELITA DR RICHBORO PA 18954 |
| Contractual Due Date: | January 1, 2021 |
| Current Escrow Balance | -$878.87 |
| Deferred Principal | $0.00 |
| Deferred Interest | $0.00 |
| Assistance Balance | $0.00 |
| Reserve Balance | $0.00 |
| Maturity Date | 04/01/2033 |

### Important Messages

*Partial Payments: Any partial payments listed here are not applied to your mortgage, but instead are held in one or more separate suspense accounts. Once we receive funds equal to a full monthly payment, we will apply those funds to your mortgage.

We have not received all your mortgage payments due since you filed for bankruptcy.

If You Are Experiencing Financial Difficulty: See back for information about mortgage counseling or assistance.

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.

The information contained in this statement may not include payments made directly to the Trustee and may not be consistent with the Trustee's records. Please contact your attorney or the Trustee if you have questions.

Total Fees/Paid Unpaid Amount/Total Payment Amount*. Please be advised that post-petition fees, expenses or charges reflected on this statement might be subject to additional disclosure requirements under Rule 3002.1 of the Federal Rules of Bankruptcy Procedure. In the event such post-petition fees, expenses or charges are disallowed by the bankruptcy court, a subsequent waiver will be applied to your account.

### Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-9:00PM, and Saturday 10:00AM-2:00PM Eastern Time.

See Total Payment Amount Breakdown on page 2.
For information about your payments, total amount due, and any additional payment history, see reverse side.

### Summary of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Last Month | $0.00 |
| Total Paid During Bankruptcy | $0.00 |
| Current Balance | $4,422.75 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment.
Note: If the pre-petition arrearage amount is being disputed, or has not yet been determined by us, this statement may include an unresolved amount of the pre-petition arrearage.

---

Detach and return with payment.

# shellpoint
A DIVISION OF NEWREZ

Loan Number: ████4990
HENRY BEDFORD

Property Address:
66 CARMELITA DR
RICHBORO PA 18954

### Amount Due

| | |
|---|---|
| Payment Date | 12/01/2023 |
| Payment Amount | $73,102.14 |

Please write clearly inside space provided

Payment Amount    $