**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Henry Bedford,<br><br>Debtor. | Case No. 19-16254-amc<br><br>Chapter 13 |

**Order Granting Debtor's Motion for Sanctions Against**
**Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing for**
**Violation of Fed. R. Bankr. P. 3002.1**

**AND NOW**, upon consideration of the Debtor's Motion for Sanctions Against Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing for Violation of Fed. R. Bankr. P. 3002.1, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (the "Creditor") is **HELD IN CONTEMPT** for violation of Fed. R. Bankr. P. 3002.1

3. The Debtor is **AWARDED** and the Creditor must pay the Debtor damages of $500.00 for each mortgage statement sent to the Debtor less than 21 days after filing the notice required by Fed. R. Bankr. P. 3002.1.

4. The Creditor must remit the funds to Debtor's counsel's address of record within 30 days after the entry of this order.

5. The Debtor is **AWARDED** and the Creditor shall pay reasonable attorney's fees in an amount to be determined.

6. The Debtor's counsel shall file an application for award of attorney fees in the manner prescribed by L.B.R. 2016-1 within 14 days after the entry of this order.

7. The Court retains jurisdiction to enforce the terms of this order if this case is dismissed, discharged, or closed.

Date:

                                                         Ashely M. Chan
                                                        U.S. Bankruptcy Judge