**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Henry Bedford**<br>    Debtor.<br><br>**Henry Bedford**<br>    Movant<br>  v.<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>    Respondents. | Bankruptcy **19-16254-amc**<br><br>Chapter **13**<br><br>Related to Doc. No. **75 and 78** |

## SUPPLEMENTAL RESPONSE TO MOTION FOR SANCTIONS AGAINST CREDITOR NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR VIOLATION OF FED. R. BANKR. P. 3002.1

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"), by and through its undersigned attorney, hereby files its Supplemental Response to Motion for Sanctions against Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing for Violation of Fed. R. Bankr. P. 3002.1 ("Motion") (DE#75) and in support thereof states as follows:

1. Secured Creditor incorporates it's filed Response to Motion for Sanctions against Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing for Violation of Fed. R. Bankr. P. 3002.1 (the "Response") (Docket 78) by reference as if set forth at length herein.

2. The Debtor has not provided any proof that the Debtor was actually charged any escrow amounts.

3. The mortgage statement clearly states that the statement is provided for information purposes only, and is not an attempt to collect a debt.

4. Furthermore, even if escrow was charged, the debtor has not suffered any actual damages due to the fact that the Debtor has not been making the monthly payments.

5. Secured Creditor has received post-petition payments in the amount of approximately $22,562.65.

6. Secured Creditor's records indicate that the total Principal and Interest due since the filing of this bankruptcy case is $92,619.57, and the total escrow funds advanced are $2,292.95.

7. Thus, the Debtor's account is delinquent approximately $68,564.50.

8. The regular mortgage payment is $1,816.07.

9. Therefore, the $22,562.65 that has been received by the creditor represents less than 13 post-petition payments since 11/1/2019.

10. Secured Creditor reserves the right to amend and/or supplement this response as needed, and/or in response to any additional filing by any party.

**WHEREFORE**, Secured Creditor respectfully requests that the Court deny the Motion as Moot and for such other and further relief as this court deems just and proper.

Dated: February 8, 2024

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd.
Suite 450
Alpharetta, GA 30004
Telephone: 817-873-3080
By: /s/ *Michelle L. McGowan*
Michelle L. McGowan, Esquire
Pennsylvania Bar No. 62414
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Henry Bedford**<br>　　　　Debtor.<br>**Henry Bedford**<br>　　　　Movant<br>　　v.<br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing**<br>　　　　Respondents. | Bankruptcy **19-16254-amc**<br><br>Chapter **13**<br><br>Related to Doc. No. **75 and 78** |

**CERTIFICATE OF SERVICE**

　　　　I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on **February 8, 2024**

　　　　The types of service made on the parties were:

By First-Class Mail:

Henry Bedford
66 Carmelita Drive
Richboro, PA 18954

MICHAEL I. ASSAD
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

                          **Robertson, Anschutz, Schneid,**
                          **Crane & Partners, PLLC**
                          Attorney for Secured Creditor
                          13010 Morris Rd.
                          Suite 450
                          Alpharetta, GA 30004
                          Telephone: 817-873-3080
                          By: /s/ *Michelle L. McGowan*
                          Michelle L. McGowan, Esquire
                          Pennsylvania Bar No.  62414
                          Email: mimcgowan@raslg.com