# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Henry Bedford,

        Debtor.

Case No. 19-16254-amc

Chapter 13

Related to ECF No. 75

## Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Motion for Sanctions, which was filed with the Court on December 14, 2023 as ECF No. 75. Thank you.

Date: March 11, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com