UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Henry Bedford aka Andrei Losev dba Hot Rod Motors and Lars Group, Inc.**<br>　Debtor | CHAPTER 13<br><br>CASE NO.: 19-16254-amc<br><br>HEARING DATE: 06/18/2024<br><br>HEARING TIME: 11:00am<br><br>HEARING LOCATION: Courtroom #4 |

**ORDER APPROVING LOAN MODIFICATION**

AND NOW, this  20th  day of ___June_____, 2024, upon the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") as servicer for US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ("Movant") for approval of the loan modification agreement offered, it is

ORDERED THAT: the offered loan modification agreement is approved regarding the Mortgaged Premises located at 66 Carmelita Dr, Richboro, PA 18954 (the "Mortgaged Premises");

ORDERED THAT: The loan modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
**Ashely M. Chan, USBJ**