Certificate Number: 16339-PAE-DE-039251949

Bankruptcy Case Number: 19-16254



16339-PAE-DE-039251949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2025, at 3:57 o'clock PM EST, Henry Bedford completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 17, 2025           By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor