United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Henry Bedford  
    Debtor

Case No. 19-16254-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 31, 2025      Form ID: 138OBJ      Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Bedford, 66 Carmelita Drive, Richboro, PA 18954-1348 |
| 14407238 | + | COMMONWEALTH OF PA, ATTN TIMOTHY MURPHY, ESQUIRE, BUREAU OF CONSUMER PROTECTION, 1600 ARCH STREET 3RD FLOOR, PHILADELPHIA, PA 19103-2028 |
| 14438771 | + | Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection, 1600 Arch Street, 3rd Floor, Philadelphia, Pennsylvania 19103-2016 |
| 14414929 | + | Commonwealth of Pennsylvania, Office of Attorney G, c/o THOMAS J. BLESSINGTON, Office of Attorney General, 1600 Arch Street, 3rd Floor, Philadelphia, PA 19103-2016 |
| 14407242 | + | Hon. Joanne Kline, 3030 Bath Road, Bristol, PA 19007-2121 |
| 14407244 | + | KBK Holding, LLC, 413 Executive Drive, Langhorne, PA 19047-8003 |
| 14415197 | + | KBK Holdings,LLC, 413 Executive Drive, Langhorne PA 19047-8003 |
| 14407245 | + | LACHEN & WITTELS, 1429 WALNUT STREET 13TH FL, PHILADELPHIA, PA 19102-3218 |
| 14407246 | + | LARS GROUP INC, DBA AS HOT RIDE MOTORS AND HOT RIDE MOTO, 1606 MANNING BLVD, LEVITTOWN PA 19057-4732 |
| 14407248 | + | Natalia Bedford, 66 Carmelita Drive, Richboro, PA 18954-1348 |
| 14873886 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Hill Wallack LLP., Angela C. Pattison, Esq., Hill Wallack LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14407250 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14899697 | + | Shellpoint Mortgage Servicing, C/O Lauren Moyer, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 14407254 | + | Timothy Murphy, Esq., Bureau of Consumer Protection, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 01 2025 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14407232 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2025 00:03:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14434575 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 01 2025 00:04:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14407236 | | Email/Text: megan.harper@phila.gov | Feb 01 2025 00:04:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14407235 | | Email/Text: megan.harper@phila.gov | Feb 01 2025 00:04:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14407233 | + | Email/Text: ecf@ccpclaw.com | Feb 01 2025 00:03:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14407237 | + | Email/Text: bankruptcy@philapark.org | Feb 01 2025 00:04:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14407239 | | Email/Text: mrdiscen@discover.com | Feb 01 2025 00:03:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14403229 | | Email/Text: mrdiscen@discover.com | Feb 01 2025 00:03:00 | Discover Bank, Discover Products Inc, PO Box |

Case 19-16254-amc   Doc 100   Filed 02/02/25   Entered 02/03/25 00:33:00   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14407240 | | Email/Text: bankruptcycourts@equifax.com | Feb 01 2025 00:04:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14407241 | ^ | MEBN | Jan 31 2025 23:57:20 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14485181 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 01 2025 00:04:00 | I.R.S., P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14769264 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 01 2025 00:04:00 | LoanCare LLC, PO BOX 8068, Virginia Beach, VA 23450-8068 |
| 14407247 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 01 2025 00:04:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14751411 | + | Email/Text: RASEBN@raslg.com | Feb 01 2025 00:04:00 | LoanCare, LLC., c/o Charles Wohlrab, Esquire, Robertson, Anschutz, Schneid,Crane & Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14407249 | + | Email/Text: Bankruptcies@nragroup.com | Feb 01 2025 00:04:00 | National Recovery Agency, Attn: Bankruptcy, PO Box 67015, Harrisburg, PA 17106-7015 |
| 14816952 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 01 2025 00:04:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14808457 | + | Email/Text: RASEBN@raslg.com | Feb 01 2025 00:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14814918 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 01 2025 00:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14808661 | + | Email/Text: RASEBN@raslg.com | Feb 01 2025 00:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14407252 | ^ | MEBN | Jan 31 2025 23:57:37 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14407251 | | Email/Text: bankruptcygroup@peco-energy.com | Feb 01 2025 00:04:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14401606 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 01 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14407253 | + | Email/Text: bankruptcy@philapark.org | Feb 01 2025 00:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14751006 | + | Email/Text: RASEBN@raslg.com | Feb 01 2025 00:04:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14407255 | | Email/Text: DASPUBREC@transunion.com | Feb 01 2025 00:03:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14407256 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 01 2025 00:04:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2025 | Form ID: 138OBJ | Total Noticed: 41 |

| | | |
|---|---|---|
| 14407234 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14407243 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14510119 | * | I.R.S., P.O. Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP apattison@hillwallack.com apattison@ecf.courtdrive.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Henry Bedford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LoanCare LLC mimcgowan@raslg.com |
| THOMAS J. BLESSINGTON | on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General, Bureau of Consumer Protection tblessington@attorneygeneral.gov, tblessington@attorneygeneral.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 99 − 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Henry Bedford )<br>   aka Andrei Losev )<br>   dba Hot Rod Motors and Lars Group,Inc. )<br>   )<br>   Debtor(s). )<br>   ) | Case No. 19−16254−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 31, 2025                                                                                                    For The Court

Timothy B. McGrath
Clerk of Court