**KBK HOLDINGS, LLC**
**413 Executive Drive**
**Langhorne, PA 19047**
**(215) 579-1580**

February 10, 2025

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

**Re: Henry Bedford**
   **Case No. 19-16254-amc**
   **Objection of Entity to Discharge**

William P. Larkin, Jr., managing member of KBK Holdings, LLC objects to the order of discharge as Mr. Henry Bedford has not repaid the balance due, $5,627.70 as of February 10, 2025. Attached is a copy of the last payment stub indicating said balance due from Kenneth E. West, standing Chapter 13 Trustee.

Very truly Yours,

*[signature]*

William P. Larkin, Jr.
Managing Member

WPL/jm
Enclosures

*[FEB 13 2025 stamp]*



*Form 138OBJ* (6/24)–doc 99 – 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Henry Bedford<br>   aka Andrei Losev<br>   dba Hot Rod Motors and Lars Group,Inc.<br><br>   Debtor(s). | Case No. 19-16254–amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 31, 2025

For The Court

Timothy B. McGrath
Clerk of Court

Payee: KBK HOLDINGS, LLC

Date: Dec 11, 2024

| Case # | Clm # | Debtor Name(s) | Acct # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1916254 | 00003 | HENRY BEDFORD | MDJ-07-1-03 | 5,627.70 | 22.91 | 0.00 | 22.91 |
| | | | TOTALS | 5,627.70 | 22.91 | 0.00 | 22.91 |