| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Henry Bedford |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 19-16254-amc |



FILED
NOV 1 2019
TIMOTHY McGRATH, CLERK

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
KBK Holdings, LLC
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor  William P Larkin, Jr., Tax Matters Member

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
KBK Holdings, LLC
Name
413 Executive Drive
Number   Street
Langhorne      PA      19047
City           State   ZIP Code

Contact phone 215-579-1580
Contact email blarkin@ltlllc.com

Where should payments to the creditor be sent? (if different)
Name _____
Number  Street _____
City    State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____
                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410      Proof of Claim      page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 6,675.16. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Judgment for Non-Residential Lease

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☑ Other. Describe:    Judgment in County of Bucks MDJ-07-1-03

Basis for perfection:    Notice of Judgment/Transcript
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $
Amount of the claim that is secured:    $ 6,675.16
Amount of the claim that is unsecured:    $ 0.00  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ 6,675.16

Annual Interest Rate (when case was filed) 0.00 %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☑ Yes. Amount necessary to cure any default as of the date of the petition.    $ 6,675.16

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| | ☐ Yes. Check one: | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/29/2019
                  MM / DD / YYYY

_____, Member
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | William P Larkin, Jr. | |
| | First name    Middle name    Last name | |
| Title | Tax Matters Member | |
| Company | KBK Holdings, LLC | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | 413 Executive Drive | |
| | Number    Street | |
| | Langhorne    PA    19047 | |
| | City    State    ZIP Code | |
| Contact phone | 215-579-1580    Email blarkin@ltlllc.com | |

COMMONWEALTH OF PENNSYLVANIA  
COUNTY OF BUCKS



**NOTICE OF JUDGMENT/TRANSCRIPT**  
**Non-Residential Lease**

| | |
|---|---|
| Mag. Dist. No: | MDJ-07-1-03 |
| MDJ Name: | Honorable Joanne V. Kline |
| Address: | 3030 Bath Road<br>Bristol, PA 19007 |
| Telephone: | 215-788-5561 |

KBK Holdings, LLC  
v.  
Andre Losev, Motors Online LLC

KBK Holdings, LLC  
413 Executive Drive  
Langhorne, PA 19047

Docket No: MJ-07103-LT-0000300-2019  
Case Filed: 7/2/2019

### Disposition Details

| | |
|---|---|
| Grant possession. | Yes |
| Grant possession if money judgment is not satisfied by the time of eviction. | No |

### Disposition Summary  (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-07103-LT-0000300-2019 | KBK Holdings, LLC | Andre Losev | Judgment for Plaintiff | 07/17/2019 |
| MJ-07103-LT-0000300-2019 | KBK Holdings, LLC | Motors Online LLC | Judgment for Plaintiff | 07/17/2019 |

### Judgment Summary

| Participant | Joint/Several Liability | Individual Liability | Amount |
|---|---|---|---|
| Andre Losev | $6,675.16 | $0.00 | $6,675.16 |
| KBK Holdings, LLC | $0.00 | $0.00 | $0.00 |
| Motors Online LLC | $6,675.16 | $0.00 | $6,675.16 |

### Judgment Finding  (*Post Judgment)

In the matter of KBK Holdings, LLC vs. Andre Losev; Motors Online LLC on MJ-07103-LT-0000300-2019, on 7/17/2019 the judgment was awarded as follows:

The amount of rent per month, as established by the Magisterial District Judge, is $2,500.00

| Judgment Component | Joint/Several Liability | Individual Liability | Deposit Applied | Amount |
|---|---|---|---|---|
| Rent in Arrears | 6,501.67 | $0.00 | | $6,501.67 |
| Costs | 173.49 | $0.00 | | $173.49 |
| | | | Grand Total: | $6,675.16 |
| Portion of judgment for physical damages arising out of residential lease: | | | | $0.00 |

**Comments:**

ANY PARTY AGGRIEVED BY A JUDGMENT INVOLVING A NONRESIDENTIAL LEASE MAY APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURTS OF THE COURT OF COMMON PLEAS, CIVIL DIVISION.

YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL. EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

KBK Holdings, LLC
v.
Andre Losev, Motors Online LLC

Docket No.: MJ-07103-LT-0000300-2019

7-17-19
Date

*Joanne V. Kline*
Senior Magisterial District Judge Joanne V. Kline

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____    _____
Date                     Magisterial District Judge

KBK Holdings, LLC
v.
Andre Losev, Motors Online LLC

Docket No.: MJ-07103-LT-0000300-2019

# Participant List

**Plaintiff(s)**

KBK Holdings, LLC
413 Executive Drive
Langhorne, PA 19047

**Defendant(s)**

Andre Losev
1100 New Rodgers Road
Bristol, PA 19007

Motors Online LLC
1100 New Rodgers Road
Bristol, PA 19007