**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Henry Bedford,<br><br>      Debtor. | Case No. 19-16254-AMC<br><br>Chapter 13 |

**Notice of Objection to Claim No. 3 by Claimant KBK Holdings, LLC, and Response to KBK Holdings, LLC's Objection to Discharge, and Hearing Date**

**The Debtor in the above-captioned matter has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held telephonically on Tuesday, April 1, 2025, at 11:00 a.m. before Chief U.S. Bankruptcy Judge Ashely M. Chan. To attend the hearing, please call 1-646-828-7666 and enter Meeting ID 160 6807 8081. No participant ID is necessary. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below on or before Tuesday, March 25, 2025**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated: February 18, 2025

                          Michael A. Cibik
                          Cibik Law, P.C.
                          1500 Walnut Street, Suite 900
                          Philadelphia, PA 19102
                          215-735-1060
                          mail@cibiklaw.com