**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Henry Bedford,<br><br>       Debtor. | Case No. 19-16254-AMC<br><br>Chapter 13 |

### Certificate of Service

    I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 3 by Claimant KBK Holdings, LLC and Response to KBK Holdings, LLC's Objection to Discharge was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

KBK Holdings, LLC
c/o William P. Larkin, Jr.
413 Executive Drive
Langhorne, PA 19047


Date: February 18, 2025

                                                    /s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com