# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## PRACIPE TO WITHDRAW AND SUBSTITUTE

      Effective December 2, 2024, I, Angela C. Pattison will be leaving Hill Wallack LLP. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute in Kaitlin D. Shire, Esq.

                                                                     HILL WALLACK LLP
                                                                      Respectfully submitted,

Dated: January 31, 2025                                    By: /s/ Angela C. Pattison
                                                                       Angela C. Pattison, Esq.
                                                                       Hill Wallack LLP
                                                                       21 Roszel Road, P.O. Box 5226
                                                                       Princeton, NJ 08543

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Angela C. Pattison.

                                                                      HILL WALLACK LLP
                                                                       Respectfully submitted,

Dated: March 21, 2025                                    By: /s/ Kaitlin D. Shire
                                                                       Kaitlin D. Shire, Esq.
                                                                       Hill Wallack LLP
                                                                       1000 Floral Vale Blvd., Suite 300
                                                                       Yardley, PA 19067