**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Henry Bedford,<br><br>Debtor. | Case No. 19-16254-AMC<br><br>Chapter 13 |

**Order on Debtor's Objection to Claim No. 3 by Claimant**
**KBK Holdings, LLC, and KBK Holdings, LLC's**
**Objection to Discharge**

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 3 by Claimant KBK Holdings, LLC, and Response to Objection to Discharge by KBK Holdings, LLC, and after notice and a hearing, it is hereby **ORDERED** that:

1. The Debtor's objection to Claim No. 3 is **SUSTAINED**.

2. The Claimant's objection to discharge is **OVERRULED**.

3. The secured status of Claim No. 3 is hereby modified to reflect that it is not secured.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

**Date: April 2, 2025**