United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-16254-amc

Henry Bedford                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                              Page 1 of 2

Date Rcvd: Apr 02, 2025                 Form ID: pdf900                           Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Henry Bedford, 66 Carmelita Drive, Richboro, PA 18954-1348 |
| cr | + | Commonwealth of Pennsylvania, Office of Attorney G, Pennsylvania Office of Attorney General, 1600 Arch Street, 3rd Floor, Philadelphia, PA 19103 UNITED STATES OF AMERICA 19103-2028 |
| intp | + | KBK Holdings,LLC, 413 Executiove Drive, Langhorne, PA 19047-8003 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | Apr 03 2025 01:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 03 2025 01:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 03 2025 01:37:00 | LoanCare, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Apr 03 2025 01:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 03 2025 01:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| cr | ^ | MEBN | | |
| | | | Apr 03 2025 01:32:41 | Shellpoint Mortgage Servicing as servicer for US B, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KAITLIN D. SHIRE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KAITLIN D. SHIRE | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing c/o Hill Wallack LLP kshire@hillwallack.com lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Shellpoint Mortgage Servicing as servicer for US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Henry Bedford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor LoanCare  LLC mimcgowan@raslg.com |
| THOMAS J. BLESSINGTON | on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General, Bureau of Consumer Protection tblessington@attorneygeneral.gov, tblessington@attorneygeneral.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                            Case No. 19-16254-AMC

    Henry Bedford,                          Chapter 13

             Debtor.

### Order on Debtor's Objection to Claim No. 3 by Claimant KBK Holdings, LLC, and KBK Holdings, LLC's Objection to Discharge

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 3 by Claimant KBK Holdings, LLC, and Response to Objection to Discharge by KBK Holdings, LLC, and after notice and a hearing, it is hereby **ORDERED** that:

1. The Debtor's objection to Claim No. 3 is **SUSTAINED**.

2. The Claimant's objection to discharge is **OVERRULED**.

3. The secured status of Claim No. 3 is hereby modified to reflect that it is not secured.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

**Date: April 2, 2025**